**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Joseph McGowan, | No. CV-21-00454-TUC-JCH (DTF) |
| Petitioner, | **ORDER** |
| v. | |
| Catricia Howard, et al., | |
| Respondents. | |

    On November 4, 2021, incarcerated pro se Petitioner filed for a write of habeas corpus. Doc. 1. Petitioner alleged one ground for relief regarding a disciplinary charge that resulted in the loss of 41 days of good conduct time. *Id.* at 4. The Court ordered a response and referred the matter to Magistrate Judge D. Thomas Ferraro. Doc. 6.

    On March 27, 2023, Respondent notified the Court that Petitioner's disciplinary action was expunged, and Petitioner's good conduct time was restored. Doc. 20. Respondent asks the Court to dismiss the Petition as moot. *Id.* Petitioner did not respond. *See generally* docket.

    Accordingly,

    **IT IS ORDERED WITHDRAWING** the referral to Judge Ferraro.

    **IT IS FURTHER ORDERED DISMISSING AS MOOT** the Petition (Doc. 1). The Clerk of the Court shall close this case.

    Dated this 17th day of April, 2023.

Honorable John C. Hinderaker
United States District Judge